IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS J. BALDER, DAVID DICKSON, ATHENA CLIFFORD and BRANDON ENGLEKING, | ) ) ) ) | No. 19-cv-7928 |
| | ) | Hon. Judge Andrea R. Wood |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ROBERT MEEDER, in his individual and official capacity; DOMINIC CHIAPPINI, in his individual and official capacity; ILLINOIS STATE POLICE, a municipal body; THE ILLINOIS TOLLWAY, a municipal body, BRENDAN F. KELLY in his official capacity and THE STATE OF ILLINOIS, a unit of local government, | ) ) ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |
| ATHENA CLIFFORD | ) ) | No. 21-cv-512 |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY DEMAND |
| THE ILLNOIS STATE POLICE, a municipal body; and THE ILLINOIS TOLLWAY, a municipal body; TROY BOOHER, in his individual capacity; and THE STATE OF ILLINOIS, a unit of local government, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiffs, Douglas J. Balder, Athena Clifford, and Brandon Engleking, and Defendants, Robert Meeder, Dominic Chiapinni, Brendan F. Kelly, the Illinois State Police ("ISP") (referred to as the "ISP Defendants"), Troy Booher and The Illinois State Toll Highway Authority ("Tollway"), collectively referred to as "Parties," by

and through their respective attorneys, submit this Joint Status Report pursuant to the Court's Order, Dkt. No. 153.

1. **The status of discovery, including what progress has been made since the last report, whether the parties are aware of any discovery disputes that will require the Court's involvement, and whether the parties are aware of any reason why they will not be able to complete fact discovery by the 12/31/2024 deadline.**

Since the parties were able to resume discovery (see Dkt. 151), the parties conducted four depositions of four witnesses produced by the Illinois Tollway Defendants in response to Plaintiff's Federal Rule of Civil Procedure 30(b)(6) deposition notice. The Tollway Defendants previously noticed Plaintiff Athena Clifford's deposition for October 3, 2024, but Clifford was unable to sit for her deposition due to a last minute emergency. The parties are working to find additional dates for that deposition. In addition, ISP noticed the depositions of Plaintiffs Douglas Balder, David Dickson, and Brandon Engelking. The parties are working to find mutually agreeable dates for those depositions.

In addition, Plaintiffs have noticed up the deposition of eleven additional witnesses pursuant to Rule 30(a), and the parties are working to find dates for those depositions.

The Parties believe that they may not be able to complete fact discovery by the 12/31/2024 deadline because (a) the deposition of Athena Clifford did not move forward on the planned date; and (b) due to various calendar conflicts and the need to coordinate the schedules of Plaintiffs and all Defendants, it is unlikely that the parties will be able to schedule and complete the 15 anticipated depositions by December 31, 2024.

2. **The parties' views regarding prospects for settlement and whether the parties request a referral to the magistrate judge for a settlement conference.**

The Tollway is open to settlement discussions, but no productive settlement discussions have occurred to date.

The Parties do not believe that a settlement conference would be productive at this time.

3. **Any other matters the parties feel it would be helpful to discuss with the Court at a telephonic status hearing.**

3366032.1

None at this time.

Respectfully submitted,

By:  /s/ *Jeffrey R. Kulwin*
Jeffrey R. Kulwin
Kulwin, Masciopinto, & Kulwin, LLP
161 N. Clark St., Suite 2500
Chicago, IL 60601
312- 641-0300
jkulwin@kmklawllp.com
**Attorney for Plaintiffs**

KWAME RAOUL
Attorney General, State of Illinois

By:  /s/ *Stacie Barhorst*
Stacie Barhorst
David Caves
Assistant Attorneys General,
General Law Bureau
115 S. LaSalle Street, 27th Floor
Chicago, Illinois 60603
312-415-2240
773-505-5277
Stacie.Barhorst@ilag.gov
David.Caves@ilag.gov
**Attorneys for Defendants Meeder, Chiappini, Kelly, and ISP**

By: s/ *James A. Petrungaro (ARDC 6290452)*
Franczek P.C.
300 S. Wacker Dr., Suite 3400
Chicago, IL 60606
(312) 786-6141
jap@franczek.com
**By appointment as Special Assistant Attorneys General**

KATHLEEN R. PASULKA-BROWN
Tollway General Counsel
LUKE DUSSMAN

3

3366032.1

        Assistant Attorneys General
        The Illinois Toll Highway Authority
        2700 West Ogden Avenue
        Downers Grove, Illinois 60515
        ***Attorneys for Defendant The Illinois State Toll Highway Authority***

3366032.1

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **JOINT STATUS REPORT ON DISCOVERY,** to be filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record on this October 21, 2024.

By: _/s/ James A. Petrungaro_

Franczek P.C.
300 S. Wacker Dr., Suite 3400
Chicago, IL 60606
(312) 786-6141
jap@franczek.com
***By appointment as Special Assistant Attorney General***

3366032.1